IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **CIVIL ACTION NO. 3:06-CV-98BS**

**CHARLES SILAS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which denied Petitioner's § 2255 Motion to Vacate, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 21st day of June, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

blj